```
David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C 07 2224 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Susan Bounds, Individually and on behalf of the Estate of Eunice Bounds, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, SUSAN BOUNDS, Individually and on behalf of the Estate of EUNICE BOUNDS, Deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 11/12 , 2009          MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
Attorneys for Plaintiffs

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: February 4, 2010    DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010    _____
                        Hon. Charles R. Breyer
                        United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**